# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

October 21, 2020

Vincent A. Nelms
507 Wrought Iron Bend
Yorktown, VA 23693

Civil Action No: 4:20cv135
Vincent A. Nelms, et. al. v. Mohamed Hajji, et. al.

Mr. Nelms,

A 16(b) Scheduling Conference has been set on November 23, 2020 at 9:00a.m. to occur remotely by telephone. I have enclosed a Rule 26(f) Pretrial Order and worksheet to be used during the conference. Please contact me at (757) 222-7218 to provide a phone number to where you may be reached during the scheduled time. If you have any questions, please call me.

Thank you,

P. Thompson,
Courtroom Deputy to the
Honorable Raymond A. Jackson, United States District Judge

Enclosure

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

October 21, 2020

Rebecca L. Nelms
507 Wrought Iron Bend
Yorktown, VA 23693

Civil Action No: 4:20cv135
Vincent A. Nelms, et. al. v. Mohamed Hajji, et. al.

Mr. Nelms,

A 16(b) Scheduling Conference has been set on November 23, 2020 at 9:00a.m. to occur remotely by telephone. I have enclosed a Rule 26(f) Pretrial Order and worksheet to be used during the conference. Please contact me at (757) 222-7218 to provide a phone number to where you may be reached during the scheduled time. If you have any questions, please call me.

Thank you,


P. Thompson,
Courtroom Deputy to the
Honorable Raymond A. Jackson, United States District Judge

Enclosure