IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VINCENT A. NELMS and REBECCA L. NELMS,

    Plaintiff,

v.                      CIVIL ACTION NO. 4:20cv135

MOHAMED HAJJI

and

HAJJI'S WHOLESALE L.L.C.,

    Defendant.

## NOTICE OF APPEARANCE

COMES NOW Curtis M. Rogers, Esquire, and note my appearance on behalf of Vincent A. Nelms and Rebecca L. Nelms, as counsel of record in this action. I further certify that I am admitted to practice before the United States District Court for the Eastern District of Virginia.

                                On behalf of VINCENT A. NELMS and
                                REBECCA L. NELMS

                                Curtis M. Rogers, Esquire
                                Attorney for the Plaintiff
                                618 Aberdeen Road
                                Hampton, Virginia 23661
                                757-739-7077 Voice
                                757-549-7077, Facsimile
                                VSB No.: 44492
                                CMRLawVA@gmail.com

## Certificate of Service

I hereby certify that on the 25th day of November, 2020, I transmitted this Notice of Appearance to the Attorney James A. Cales III, Esquire, by email, 1st class mail or facsimile to the following address; 6160 Kempsville Circle, Suite 341B, Post Office Box 12525, Norfolk, Virginia 23541.

Curtis M. Rogers, Esquire
Attorney for the Plaintiff
618 Aberdeen Road
Hampton, Virginia 23661
757-739-7077 Voice
757-549-7077, Facsimile
VSB No.: 44492
CMRLawVA@gmail.com