UNITED STATED DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
DEC 1 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

VINCENT A. NELMS
and REBECCA L. NELMS,

       Plaintiffs,

v.                               CASE NO.: 4:20CV135

MOHAMED HAJJI
and HAJJI'S WHOLESALE L.L.C.,

       Defendants.

### DISMISSED AGREED ORDER

Upon motion of the plaintiffs, by counsel, and the defendants, by counsel, it is

ADJUDGED, ORDERED AND DECREED that this action be and hereby is dismissed agreed, with prejudice, all matters in controversy having been settled.

ENTERED this 30th day of November, 2020.

_____
Judge

WE ASK FOR THIS:

_____
Curtis M. Rogers, Esquire
Curtis M. Rogers, Attorney & Counselor at Law
618 Aberdeen Road
Hampton, Virginia 23669
*Counsel for the Plaintiffs*

_____
James A. Cales III, Esquire
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
*Counsel for the Defendants*